| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 19-11979<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Jul  8 15:24:39 CDT 2019 | Republic Bank & Trust<br>P.O. Box 5369<br>401 W Main<br>Norman, OK 73069-1328 | TD Auto Finance LLC<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Avenue<br>7th Floor<br>St. Louis, MO 63105-1960 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | ABC Supply<br>1 ABC Parkway<br>Beloit WI 53511-4466 | American Express<br>20500 Belshaw Ave<br>Carson CA 90746-3506 |
| Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329-7871 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclay Bank<br>PO Box 8801<br>Wilmington DE 19899-8801 |
| Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington DE 19899-8803 | Beacon<br>505 Huntmar Park Dr. Suite 300<br>Herndon VA 20170-5152 | Chase<br>National Bank Mail, Mail Code KY1-0900<br>Louisville KY 40202 |
| Chase Arcus 5151<br>National Bank, Mail Code KY1-090<br>Louisville KY 40202 | Chase Auto<br>Po Box 901003<br>Ft Worth TX 76101-2003 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Cory Barnes<br>465 Venetian Villa Drive<br>New Smyrna Beach FL 32168-5345 | Dex Yp<br>PO Box 5010<br>Carol Stream IL 60197-5010 | Gulf Coast Bank & Trust<br>5949 Sherry Lane Suite 785<br>Dallas TX 75225-8101 |
| Home Depot<br>6716 Grade Land Building 9, Suite 910<br>Louisville KY 40213-3410 | Lowe's<br>PO Box 530954<br>Atlanta GA 30353-0954 | Matt Haugland<br>4100 72nd Ave NE<br>Oklahoma City OK 73108 |
| Nosal Group<br>16934 Frances St Suite 100<br>Omaha NE 68130-2397 | Republic Bank & Trust<br>401 West Main St<br>Norman OK 73069-1328 | Shawnee Forward<br>231 N. Bell<br>Shawnee OK 74801-6913 |
| Souther Roofing & Shingles<br>3270 Astrozon Blvd<br>Colorado Springs CO 80910-1032 | TD Auto Finance<br>P.O. Box 9223<br>Farmington MI 48333-9223 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 |
| Verizon Wireless<br>PO Box 408<br>Newark NJ 07101-0408 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines IA 50306-0335 | Chuck Moss<br>500 N. Meridian, #300<br>Oklahoma City, OK 73107-5707 |

| | | |
|---|---|---|
| Donald J Giuliano<br>16908 Triana Dr<br>Oklahoma City, OK 73170-6611 | John D. Mashburn<br>1616 E 19th Street, Suite 301A<br>Edmond, OK 73013-6519 | Nicole L Giuliano<br>16908 Triana Dr<br>Oklahoma City, OK 73170-6611 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso TX 79998

(d)Bank of America
PO Box 15019
Wilmington DE 19886

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.          (u)Gulf Coast Bank & Trust          End of Label Matrix
                                                                       Mailable recipients    32
                                                                       Bypassed recipients     2
                                                                       Total                  34