**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  19-11979   SH   Judge: SARAH A. HALL                                  Trustee Name:               John Mashburn
Case Name:  GIULIANO, DONALD J                                                   Date Filed (f) or Converted (c):  05/15/19 (f)
            GIULIANO, NICOLE L                                                   341(a) Meeting Date:        06/12/19
For Period Ending:  11/19/19                                                     Claims Bar Date:            10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16908 TRIANA DR  OKC, OK 73170  Asset determined to have no value after investigation of liens and exemptions. | 225,300.00 | 225,300.00 | | 0.00 | FA |
| 2. 3594 REMINGTON PLACE ROAD NORMAN, OK 73072  Asset determined to have no value after investigation of liens and exemptions. | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 3. 1313 SMOKING TREE ST  OKC, OK 73160  Asset determined to have no value after investigation of liens and exemptions. | 122,138.00 | 122,138.00 | | 0.00 | FA |
| 4. 522 SOUTH HEIGHTS DR MUSTANG, OK 73064  Asset determined to have no value after investigation of liens and exemptions. | 94,239.00 | 94,239.00 | | 0.00 | FA |
| 5. 1318 VERNA MARIE DR  OKC, OK 73110  Asset determined to have no value after investigation of liens and exemptions. | 132,000.00 | 132,000.00 | | 0.00 | FA |
| 6. 4712 TINKER RD  OKC, OK 73135  Asset determined to have no value after investigation of liens and exemptions. | 71,500.00 | 71,500.00 | | 0.00 | FA |
| 7. 5216 SE 84TH ST OKC, OK 73135  Asset determined to have no value after investigation of liens and exemptions. | 151,000.00 | 151,000.00 | | 0.00 | FA |
| 8. 2013 HONDA ACCORD  Asset determined to have no value after investigation of liens and exemptions. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 9. 2018 CHEVY SILVERADO-1500  Asset determined to have no value after investigation of liens and exemptions. | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 10. 2012 HONDA CRV  Asset determined to have no value after investigation of liens and | 10,000.00 | 10,000.00 | | 0.00 | FA |

LFORM1                                                                                                                                   Ver: 22.02b

| Case No: | 19-11979 | SH | Judge: SARAH A. HALL | | Trustee Name: | John Mashburn |
|---|---|---|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | | | | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | | | | 341(a) Meeting Date: | 06/12/19 |
| | | | | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| exemptions. | | | | | |
| 11. HOUSEHOLD GOODS | 5,000.00 | 5,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 12. ELECTRONICS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 13. WEARING APPAREL | 2,000.00 | 2,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 14. WEDDING BANDS & JEWELRY | 3,500.00 | 3,500.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 15. 2 CATS | 50.00 | 50.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 16. REPUBLIC BANK & TRUST    BUSINESS CHECKING MARSHMALLOW | 623.72 | 623.72 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 17. REPUBLIC BANK & TRUST    BUSINESS ESCROW MARSHMALLOW | 3,450.00 | 3,450.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 18. REPUBLIC BANK & TRUST    BUSINESS CHECKING ARCUS | 0.00 | 0.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and | | | | | |

LFORM1                                                                                                                                          Ver: 22.02b

| Case No: | 19-11979   SH   Judge: SARAH A. HALL | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | | 341(a) Meeting Date: | 06/12/19 |
| | | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| exemptions. | | | | | |
| 19. ALLIANT CREDIT UNION<br>   PERSONAL CHECKING | 13,728.09 | 13,728.09 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 20. ALLIANT CREDIT UNION<br>   PERSONAL SAVINGS | 5.00 | 5.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 21. REPUBLIC BANK & TRUST<br>   BUSINESS CHECKING ATMOSSOLUTIONS llc | 0.00 | 0.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 22. COBAR ROOFING & CONSTRUCTION, LLC<br>   100% OWNERSHIP | 500.00 | 500.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 23. MARSHMALLOW PROPERTIES, LLC<br>   100% OWNERSHIP | 400.00 | 0.00 | | 208.95 | FA |
| 24. ARCUS INVESTMENTS LLC<br>   100% OWNERSHIP | 500.00 | 500.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 25. ARCUS INVESTMENTS, LLC<br>   100% OWNERSHIP | 600.00 | 600.00 | | 0.00 | FA |

LFORM1                                                                                                                                                                Ver: 22.02b

| Case No: | 19-11979 | SH | Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GIULIANO, DONALD J | | | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | | | 341(a) Meeting Date: | 06/12/19 |
| | | | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 26. ATMO SOLUTIONS LLC | 300.00 | 300.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 27. LAVENDAR FROST LLC | 200.00 | 200.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 28. IRA-EQUITY TRUST | 50,000.00 | 50,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 29. IRS-EQUITY TRUST | 40,000.00 | 40,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 30. TAX REFUND (u) | 0.00 | 11,784.11 | | 11,784.11 | FA |
| 31. Insurance refund (u) | 0.00 | 0.00 | | 3,847.88 | FA |
| 32. ESCROW REFUND (u) | Unknown | 0.00 | | 65.96 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,136,033.81 | $1,147,417.92 | | $15,906.90 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                                                                                                                              Ver: 22.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 19-11979   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| Case Name: | GIULIANO, DONALD J | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | 341(a) Meeting Date: | 06/12/19 |
| | | Claims Bar Date: | 10/15/19 |

6/13/19 Meeting of creditors held FILED.  Pusuing tax refund

6/17/19 Motion to hire Atty & Forms 1&2 FILED

6/26/19 Requested state tax forms to see if total tax refund and tax pmt are correct.

7/2/19 Order on App to hire Atty FILED

7/16/19 Req to file claims FILED

9/3/19 A check that was sent for deposit to the Bank of Vinita on 8/13 has not posted and Bank of Vinita says they have not received it. I checked tracking on UPS and it shows it was picked up on 8/13 at 6:42 pm and has no other information. UPS was contacted about lost check.

9/10/19 Spoke with Bank of Vinita and they were told by UPS the check was damaged. Bank of Vinita told us to request a new check.

9/12/19 A request for a new check was made today

10/18/19 Interim report FILED

10/31/19 No replacement check has been received as of today


Initial Projected Date of Final Report (TFR): 06/12/20          Current Projected Date of Final Report (TFR): 06/12/20