**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** OKLAHOMA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIULIANO, DONALD J | § | Case No. 19-11979 SH |
| GIULIANO, NICOLE L | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/15/2019 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 15,906.90

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,371.60 |
| Bank service fees | | 68.97 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 14,466.33 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/15/2019 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,340.69 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,340.69 , for a total compensation of $ 2,340.69 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 40.70 , for total expenses of $ 40.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2020 By:/s/John Mashburn

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 19-11979 SH Judge: SARAH A. HALL
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
For Period Ending: 06/26/20

Trustee Name: John Mashburn
Date Filed (f) or Converted (c): 05/15/19 (f)
341(a) Meeting Date: 06/12/19
Claims Bar Date: 10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16908 TRIANA DR OKC, OK 73170<br>Asset determined to have no value after investigation of liens and exemptions. | 225,300.00 | 225,300.00 | | 0.00 | FA |
| 2. 3594 REMINGTON PLACE ROAD NORMAN, OK 73072<br>Asset determined to have no value after investigation of liens and exemptions. | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 3. 1313 SMOKING TREE ST OKC, OK 73160<br>Asset determined to have no value after investigation of liens and exemptions. | 122,138.00 | 122,138.00 | | 0.00 | FA |
| 4. 522 SOUTH HEIGHTS DR MUSTANG, OK 73064<br>Asset determined to have no value after investigation of liens and exemptions. | 94,239.00 | 94,239.00 | | 0.00 | FA |
| 5. 1318 VERNA MARIE DR OKC, OK 73110<br>Asset determined to have no value after investigation of liens and exemptions. | 132,000.00 | 132,000.00 | | 0.00 | FA |
| 6. 4712 TINKER RD OKC, OK 73135<br>Asset determined to have no value after investigation of liens and exemptions. | 71,500.00 | 71,500.00 | | 0.00 | FA |
| 7. 5216 SE 84TH ST OKC, OK 73135<br>Asset determined to have no value after investigation of liens and exemptions. | 151,000.00 | 151,000.00 | | 0.00 | FA |
| 8. 2013 HONDA ACCORD<br>Asset determined to have no value after investigation of liens and exemptions. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 9. 2018 CHEVY SILVERADO-1500<br>Asset determined to have no value after investigation of liens and exemptions. | 25,000.00 | 25,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 19-11979 SH Judge: SARAH A. HALL
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L

Trustee Name: John Mashburn
Date Filed (f) or Converted (c): 05/15/19 (f)
341(a) Meeting Date: 06/12/19
Claims Bar Date: 10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 2012 HONDA CRV<br>Asset determined to have no value after investigation of liens and exemptions. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS<br>Asset determined to have no value after investigation of liens and exemptions. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12. ELECTRONICS<br>Asset determined to have no value after investigation of liens and exemptions. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13. WEARING APPAREL<br>Asset determined to have no value after investigation of liens and exemptions. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14. WEDDING BANDS & JEWELRY<br>Asset determined to have no value after investigation of liens and exemptions. | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 15. 2 CATS<br>Asset determined to have no value after investigation of liens and exemptions. | 50.00 | 50.00 | | 0.00 | FA |
| 16. REPUBLIC BANK & TRUST<br>BUSINESS CHECKING MARSHMALLOW<br>Asset determined to have no value after investigation of liens and exemptions. | 623.72 | 623.72 | | 0.00 | FA |
| 17. REPUBLIC BANK & TRUST<br>BUSINESS ESCROW MARSHMALLOW<br>Asset determined to have no value after investigation of liens and | 3,450.00 | 3,450.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 19-11979 SH Judge: SARAH A. HALL
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L

Trustee Name: John Mashburn
Date Filed (f) or Converted (c): 05/15/19 (f)
341(a) Meeting Date: 06/12/19
Claims Bar Date: 10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| exemptions. | | | | | |
| 18. REPUBLIC BANK & TRUST<br>BUSINESS CHECKING ARCUS<br><br>Asset determined to have no value after investigation of liens and exemptions. | 0.00 | 0.00 | | 0.00 | FA |
| 19. ALLIANT CREDIT UNION<br>PERSONAL CHECKING<br><br>Asset determined to have no value after investigation of liens and exemptions. | 13,728.09 | 13,728.09 | | 0.00 | FA |
| 20. ALLIANT CREDIT UNION<br>PERSONAL SAVINGS<br><br>Asset determined to have no value after investigation of liens and exemptions. | 5.00 | 5.00 | | 0.00 | FA |
| 21. REPUBLIC BANK & TRUST<br>BUSINESS CHECKING ATMOSSOLUTIONS llc<br><br>Asset determined to have no value after investigation of liens and exemptions. | 0.00 | 0.00 | | 0.00 | FA |
| 22. COBAR ROOFING & CONSTRUCTION, LLC<br>100% OWNERSHIP<br><br>Asset determined to have no value after investigation of liens and exemptions. | 500.00 | 500.00 | | 0.00 | FA |
| 23. MARSHMALLOW PROPERTIES, LLC | 400.00 | 0.00 | | 208.95 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 19-11979 SH Judge: SARAH A. HALL

Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L

Trustee Name: John Mashburn

Date Filed (f) or Converted (c): 05/15/19 (f)

341(a) Meeting Date: 06/12/19

Claims Bar Date: 10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 100% OWNERSHIP | | | | | |
| 24. ARCUS INVESTMENTS LLC<br>100% OWNERSHIP<br><br>Asset determined to have no value after investigation of liens and exemptions. | 500.00 | 500.00 | | 0.00 | FA |
| 25. ARCUS INVESTMENTS, LLC<br>100% OWNERSHIP<br><br>Asset determined to have no value after investigation of liens and exemptions. | 600.00 | 600.00 | | 0.00 | FA |
| 26. ATMO SOLUTIONS LLC<br>100% OWNERSHIP<br><br>Asset determined to have no value after investigation of liens and exemptions. | 300.00 | 300.00 | | 0.00 | FA |
| 27. LAVENDAR FROST LLC<br>100% OWNERSHIP<br><br>Asset determined to have no value after investigation of liens and exemptions. | 200.00 | 200.00 | | 0.00 | FA |
| 28. IRA-EQUITY TRUST<br>Asset determined to have no value after investigation of liens and exemptions. | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 29. IRS-EQUITY TRUST<br>Asset determined to have no value after investigation of liens and exemptions. | 40,000.00 | 40,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 19-11979 SH Judge: SARAH A. HALL
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L

Trustee Name: John Mashburn
Date Filed (f) or Converted (c): 05/15/19 (f)
341(a) Meeting Date: 06/12/19
Claims Bar Date: 10/15/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30. TAX REFUND (u) | 0.00 | 11,784.11 | | 11,784.11 | FA |
| 31. Insurance refund (u) | 0.00 | 0.00 | | 3,847.88 | FA |
| 32. ESCROW REFUND (u) | Unknown | 0.00 | | 65.96 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,136,033.81 | $1,147,417.92 | | $15,906.90 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/13/19 Meeting of creditors held FILED. Pusuing tax refund
6/17/19 Motion to hire Atty & Forms 1&2 FILED
6/26/19 Requested state tax forms to see if total tax refund and tax pmt are correct.
7/2/19 Order on App to hire Atty FILED
7/16/19 Req to file claims FILED
9/3/19 A check that was sent for deposit to the Bank of Vinita on 8/13 has not posted and Bank of Vinita says they have not received it. I checked tracking on UPS and it shows it was picked up on 8/13 at 6:42 pm and has no other information. UPS was contacted about lost check.
9/10/19 Spoke with Bank of Vinita and they were told by UPS the check was damaged. Bank of Vinita told us to request a new check.
9/12/19 A request for a new check was made today
10/18/19 Interim report FILED
10/31/19 No replacement check has been received as of today
12/6/19 Trustee still trying to get insurance company to send the replacement check that was destroyed in shipping (UPS)
3/11/2020 Atty Fee App and Notice FILED. Notice mailed to matrix

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 19-11979 SH Judge: SARAH A. HALL
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L

Trustee Name: John Mashburn
Date Filed (f) or Converted (c): 05/15/19 (f)
341(a) Meeting Date: 06/12/19
Claims Bar Date: 10/15/19

4/3/2020 Order on Atty Fee App FILED
6/2/2020 Preparing TFR for Trustee review

Initial Projected Date of Final Report (TFR): 06/12/20 Current Projected Date of Final Report (TFR): 12/20/20

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-11979 -SH
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
Taxpayer ID No: *******0151
For Period Ending: 06/26/20

Trustee Name: John Mashburn
Bank Name: First National Bank of Vinita
Account Number / CD #: *******3783 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 7,478,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/19 | 23 | Spearhead Realty Group, LLC<br>5830 NW Expressway Suite 259<br>Oklahoma City, OK 73132 | 708 bent tree<br>Check #VV034 $45.00 | 1123-000 | 45.00 | | 45.00 |
| 06/17/19 | 23 | Spearhead Realty Group, LLC<br>5830 NW Expressway Suite 259<br>Oklahoma City, OK 73132 | 708 bent tree commission<br>Check # VV033 $90.00 | 1123-000 | 90.00 | | 135.00 |
| 06/17/19 | 23 | Republic Bank & Trust<br>PO Box 5369<br>Norman, OK 73070 | excess payoff ln75038966<br>Check # 294529 $73.95 | 1123-000 | 73.95 | | 208.95 |
| 06/27/19 | 30 | Donald Giuliano<br>16908 Triana Dr<br>Oklahoma City, OK 73170 | tax refund<br>check #1100 $11,784.11 | 1224-000 | 11,784.11 | | 11,993.06 |
| 07/08/19 | 31 | Compsource Mutual Insurance Co<br>BancFirst<br>PO Box 26788<br>Oklahoma City, OK 73126 | Refund<br>Compsource Mutal check #10574805 $158.00 Acct #2894841018 | 1229-000 | 158.00 | | 12,151.06 |
| 07/08/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,141.06 |
| 07/29/19 | 32 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | escrow refund<br>Check #9023525556 $65.96 | 1229-000 | 65.96 | | 12,207.02 |
| 08/05/19 | 31 | Lighship Insurance Truste Account<br>1650 N. Franklin Street<br>Denver, CO 80218 | Refund<br>Check #23198 $633.68 | 1229-000 | 633.68 | | 12,840.70 |
| 08/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 12.85 | 12,827.85 |
| * 08/13/19 | 31 | Cobar Roofing LLC<br>DBA Cobar Roofing & Construction<br>3334 W Main Street<br>Norman, OK 72072 | Refund<br>Check #10585778 $709.20 | 1229-003 | 709.20 | | 13,537.05 |
| 08/19/19 | 31 | American Mercury Insurance Company | Refund | 1229-000 | 2,335.00 | | 15,872.05 |
| | | | Page Subtotals | | 15,894.90 | 22.85 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 19-11979 -SH
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
Taxpayer ID No: *******0151
For Period Ending: 06/26/20

Trustee Name: John Mashburn
Bank Name: First National Bank of Vinita
Account Number / CD #: *******3783 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 7,478,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1700 Greenbriar Lane<br>Brea, CA 92821 | Check #8360001180 $2,335.00 | | | | |
| 09/09/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 14.47 | 15,857.58 |
| 09/12/19 | 31 | Traveler Property Casualty CL Agency<br>Citibank<br>New Castle DE 19720 | Refund<br>Check #0017449957 $12.00 | 1229-000 | 12.00 | | 15,869.58 |
| 10/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 15.57 | 15,854.01 |
| 11/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 16.08 | 15,837.93 |
| * 11/22/19 | 31 | Cobar Roofing LLC<br>DBA Cobar Roofing & Construction<br>3334 W Main Street<br>Norman, OK 73072 | Refund | 1229-003 | -709.20 | | 15,128.73 |
| 11/22/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 15,128.73 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 15,197.70 | 15,197.70 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 15,128.73 | |
| Subtotal | 15,197.70 | 68.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,197.70 | 68.97 | |

Page Subtotals -697.20 15,174.85

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit B

Case No: 19-11979 -SH
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
Taxpayer ID No: *******0151
For Period Ending: 06/26/20

Trustee Name: John Mashburn
Bank Name: Axos Bank
Account Number / CD #: *******0239 Checking Account

Blanket Bond (per case limit): $ 7,478,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/19 | | Trsf In From First National Bank of | INITIAL WIRE TRANSFER IN | 9999-000 | 15,128.73 | | 15,128.73 |
| 01/14/20 | 31 | Cobar Roofing LLC<br>3334 W Main St<br>Norman, OK 73072 | Refund of Auction Funds received check #10626251 $709.20 | 1229-000 | 709.20 | | 15,837.93 |
| 04/06/20 | 200001 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Atty for Trustee Fees per Order of the Court 4/3/2020 | 3110-000 | | 1,357.00 | 14,480.93 |
| 06/10/20 | 200002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond Payment Bond # 016018042 | 2300-000 | | 14.60 | 14,466.33 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 15,837.93 | 1,371.60 | 14,466.33 |
| Less: Bank Transfers/CD's | 15,128.73 | 0.00 | |
| Subtotal | 709.20 | 1,371.60 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 709.20 | 1,371.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3783 | 15,197.70 | 68.97 | 0.00 |
| Checking Account - ********0239 | 709.20 | 1,371.60 | 14,466.33 |
| | 15,906.90 | 1,440.57 | 14,466.33 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 15,837.93 | 1,371.60 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 19-11979 -SH
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
Taxpayer ID No: *******0151
For Period Ending: 06/26/20

Trustee Name: John Mashburn
Bank Name: Axos Bank
Account Number / CD #: *******0239 Checking Account
Blanket Bond (per case limit): $ 7,478,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 26, 2020

Case Number: 19-11979
Debtor Name: GIULIANO, DONALD J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Administrative | | $1,357.00 | $1,357.00 | $0.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Administrative | | $14.60 | $14.60 | $0.00 |
| 000001<br>070<br>7100-00 | SRS Distribution<br>5900 S Lake Forest Drive, Ste 400<br>McKinney, TX 75070 | Unsecured | (1-1) Account Number (last 4 digits):B210<br>(1-1) American Roofing Supply, Southern Shingles, Rooline Supply & Delivery | $45,530.15 | $0.00 | $45,530.15 |
| 000002<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | Unsecured | | $13,907.78 | $0.00 | $13,907.78 |
| 000003<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | Unsecured | | $9,919.62 | $0.00 | $9,919.62 |
| 000004<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | Unsecured | | $18,171.43 | $0.00 | $18,171.43 |
| 000005<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,548.69 | $0.00 | $5,548.69 |
| 000006<br>070<br>7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $26,532.12 | $0.00 | $26,532.12 |
| 000007<br>070<br>7100-00 | ABC Supply Company<br>c/o CST Co.<br>PO Box 33127<br>Louisville, KY 40232-3127 | Unsecured | (7-1) Account Number (last 4 digits):2511 | $8,455.07 | $0.00 | $8,455.07 |
| 000008<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk VA 23541 | Unsecured | (8-1) LOWE'S or GEMB or GECRB | $29,390.75 | $0.00 | $29,390.75 |
| | Case Totals: | | | $158,827.21 | $1,371.60 | $157,455.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-11979 SH
Case Name: GIULIANO, DONALD J
GIULIANO, NICOLE L
Trustee Name: John Mashburn

Balance on hand $ 14,466.33

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Mashburn | $ 2,340.69 | $ 0.00 | $ 2,340.69 |
| Trustee Expenses: John Mashburn | $ 40.70 | $ 0.00 | $ 40.70 |
| Attorney for Trustee Fees: JOHN MASHBURN | $ 1,357.00 | $ 1,357.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.60 | $ 14.60 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,381.39

Remaining Balance $ 12,084.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 157,455.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | SRS Distribution<br>5900 S Lake Forest Drive, Ste 400<br>McKinney, TX 75070 | $ 45,530.15 | $ 0.00 | $ 3,494.50 |
| 000002 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | $ 13,907.78 | $ 0.00 | $ 1,067.44 |
| 000003 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | $ 9,919.62 | $ 0.00 | $ 761.34 |
| 000004 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 | $ 18,171.43 | $ 0.00 | $ 1,394.69 |
| 000005 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | $ 5,548.69 | $ 0.00 | $ 425.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 26,532.12 | $ 0.00 | $ 2,036.38 |
| 000007 | ABC Supply Company c/o CST Co. PO Box 33127 Louisville, KY 40232-3127 | $ 8,455.07 | $ 0.00 | $ 648.94 |
| 000008 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk VA 23541 | $ 29,390.75 | $ 0.00 | $ 2,255.78 |

Total to be paid to timely general unsecured creditors $ 12,084.94

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE