# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** OKLAHOMA

In re:                                    §
                                          §
GIULIANO, DONALD J                        §        Case No. 19-11979 SH
GIULIANO, NICOLE L                        §
                                          §
            Debtors                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John Mashburn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,135,633.81 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  12,084.94 | Claims Discharged Without Payment:  1,077,368.19 |
| Total Expenses of Administration:  3,821.96 | |

3) Total gross receipts of $ 15,906.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,906.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,796,553.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,821.96 | 3,821.96 | 3,821.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 931,997.52 | 157,455.61 | 157,455.61 | 12,084.94 |
| **TOTAL DISBURSEMENTS** | $ 2,728,550.69 | $ 161,277.57 | $ 161,277.57 | $ 15,906.90 |

4) This case was originally filed under chapter 7 on 05/15/2019 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/03/2021                By:/s/John Mashburn
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MARSHMALLOW PROPERTIES, LLC | 1123-000 | 208.95 |
| TAX REFUND | 1224-000 | 11,784.11 |
| Insurance refund | 1229-000 | 3,847.88 |
| ESCROW REFUND | 1229-000 | 65.96 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,906.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Po Box 901003 Ft Worth, TX 76101 | | 26,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cory Barnes<br>465 Venetian Villa Drive New<br>Smyrna Beach, FL 32168 | | 295,000.00 | NA | NA | 0.00 |
| | Gulf Coast Bank & Trust<br>5949 Sherry Lane Suite 785<br>Dallas, TX 75225 | | 910,000.00 | NA | NA | 0.00 |
| | Gulf Coast Bank & Trust | | 0.00 | NA | NA | 0.00 |
| | Republic Bank & Trust<br>401 West Main St Norman,<br>OK 73069 | | 87,688.78 | NA | NA | 0.00 |
| | Republic Bank & Trust<br>401 West Main St Norman,<br>OK 73069 | | 75,108.28 | NA | NA | 0.00 |
| | Republic Bank & Trust<br>401 West Main St Norman,<br>OK 73069 | | 101,039.78 | NA | NA | 0.00 |
| | Republic Bank & Trust<br>401 West Main St Norman,<br>OK 73069 | | 56,997.81 | NA | NA | 0.00 |
| | Republic Bank & Trust<br>401 West Main St Norman,<br>OK 73069 | | 92,073.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TD Auto Finance P.O. Box 9223 Farmington, MI 48333-9223 | | 34,306.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 118,339.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,796,553.17 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOHN MASHBURN | 2100-000 | NA | 2,340.69 | 2,340.69 | 2,340.69 |
| TRUSTEE EXPENSES:JOHN MASHBURN | 2200-000 | NA | 40.70 | 40.70 | 40.70 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 14.60 | 14.60 | 14.60 |
| First National Bank of Vinita | 2600-000 | NA | 68.97 | 68.97 | 68.97 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOHN MASHBURN | 3110-000 | NA | 1,357.00 | 1,357.00 | 1,357.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,821.96 | $ 3,821.96 | $ 3,821.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Supply 1 ABC Parkway Beloit, WI 53511 | | 16,000.79 | NA | NA | 0.00 |
| | American Express 20500 Belshaw Ave Carson, CA 90746 | | 30,508.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 5,426.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 14,311.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | 12,498.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | 26,485.65 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886 | | 11,883.86 | NA | NA | 0.00 |
| | Barclay Bank PO Box 8801 Wilmington, DE 19899 | | 19,514.10 | NA | NA | 0.00 |
| | Barclays Bank Delaware P.o. Box 8803 Wilmington, DE 19899 | | 19,924.00 | NA | NA | 0.00 |
| | Beacon 505 Huntmar Park Dr. Suite 300 Herndon, VA 20170 | | 27,507.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase National Bank Mail, Mail Code KY1-0900 Louisville, KY 40202 | | 151,534.00 | NA | NA | 0.00 |
| | Chase Arcus 5151 National Bank, Mail Code KY1-090 Louisville, KY 40202 | | 3,491.91 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 56,442.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 17,816.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 13,638.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 9,561.00 | NA | NA | 0.00 |
| | Dex Yp PO Box 5010 Carol Stream, IL 60197 | | 510.53 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot 6716 Grade Land Building 9, Suite 910 Louisville, KY 40213 | | 5,741.44 | NA | NA | 0.00 |
| | Lowe's PO Box 530954 Atlanta, GA 30353 | | 31,142.53 | NA | NA | 0.00 |
| | Matt Haugland 4100 72nd Ave NE Oklahoma City, OK 73108 | | 400,000.00 | NA | NA | 0.00 |
| | Nosal Group 16934 Frances St Suite 100 Omaha, NE 68130 | | 500.40 | NA | NA | 0.00 |
| | Shawnee Forward 231 N. Bell Shawnee, OK 74801 | | 200.00 | NA | NA | 0.00 |
| | Souther Roofing & Shingles 3270 Astrozon Blvd Colorado Springs, CO 80910 | | 56,823.65 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 408 Newark, NJ 07101 | | 536.21 | NA | NA | 0.00 |
| 000007 | ABC SUPPLY COMPANY | 7100-000 | NA | 8,455.07 | 8,455.07 | 648.94 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 5,548.69 | 5,548.69 | 425.87 |
| 000006 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 26,532.12 | 26,532.12 | 2,036.38 |
| 000002 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 13,907.78 | 13,907.78 | 1,067.44 |
| 000003 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 9,919.62 | 9,919.62 | 761.34 |
| 000004 | JPMORGAN CHASE BANK, N.A. | 7100-000 | NA | 18,171.43 | 18,171.43 | 1,394.69 |
| 000001 | SRS DISTRIBUTION | 7100-000 | NA | 45,530.15 | 45,530.15 | 3,494.50 |
| 000008 | SYNCHRONY BANK | 7100-000 | NA | 29,390.75 | 29,390.75 | 2,255.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 931,997.52 | $ 157,455.61 | $ 157,455.61 | $ 12,084.94 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 19-11979 | SH | Judge: SARAH A. HALL | | Trustee Name: | John Mashburn |
|---|---|---|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | | | | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | | | | 341(a) Meeting Date: | 06/12/19 |
| For Period Ending: | 05/03/21 | | | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16908 TRIANA DR  OKC, OK 73170 | 225,300.00 | 225,300.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 2. 3594 REMINGTON PLACE ROAD NORMAN, OK 73072 | 175,000.00 | 175,000.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 3. 1313 SMOKING TREE ST  OKC, OK 73160 | 122,138.00 | 122,138.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 4. 522 SOUTH HEIGHTS DR MUSTANG, OK 73064 | 94,239.00 | 94,239.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 5. 1318 VERNA MARIE DR  OKC, OK 73110 | 132,000.00 | 132,000.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 6. 4712 TINKER RD  OKC, OK 73135 | 71,500.00 | 71,500.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 7. 5216 SE 84TH ST OKC, OK 73135 | 151,000.00 | 151,000.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 8. 2013 HONDA ACCORD | 8,000.00 | 8,000.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 9. 2018 CHEVY SILVERADO-1500 | 25,000.00 | 25,000.00 | | 0.00 | FA |
|    Asset determined to have no value after investigation of liens and exemptions. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 19-11979 | SH | Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | | | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | | | 341(a) Meeting Date: | 06/12/19 |
| | | | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 10. 2012 HONDA CRV<br><br>Asset determined to have no value after investigation of liens and exemptions. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 11. HOUSEHOLD GOODS<br><br>Asset determined to have no value after investigation of liens and exemptions. | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12. ELECTRONICS<br><br>Asset determined to have no value after investigation of liens and exemptions. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13. WEARING APPAREL<br><br>Asset determined to have no value after investigation of liens and exemptions. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14. WEDDING BANDS & JEWELRY<br><br>Asset determined to have no value after investigation of liens and exemptions. | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 15. 2 CATS<br><br>Asset determined to have no value after investigation of liens and exemptions. | 50.00 | 50.00 | | 0.00 | FA |
| 16. REPUBLIC BANK & TRUST<br>BUSINESS CHECKING MARSHMALLOW<br><br>Asset determined to have no value after investigation of liens and exemptions. | 623.72 | 623.72 | | 0.00 | FA |
| 17. REPUBLIC BANK & TRUST<br>BUSINESS ESCROW MARSHMALLOW<br><br>Asset determined to have no value after investigation of liens and | 3,450.00 | 3,450.00 | | 0.00 | FA |

Ver: 22.02h

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 19-11979   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | 341(a) Meeting Date: | 06/12/19 |
| | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| exemptions. | | | | | |
| 18. REPUBLIC BANK & TRUST BUSINESS CHECKING ARCUS | 0.00 | 0.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 19. ALLIANT CREDIT UNION PERSONAL CHECKING | 13,728.09 | 13,728.09 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 20. ALLIANT CREDIT UNION PERSONAL SAVINGS | 5.00 | 5.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 21. REPUBLIC BANK & TRUST BUSINESS CHECKING ATMOSSOLUTIONS llc | 0.00 | 0.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 22. COBAR ROOFING & CONSTRUCTION, LLC 100% OWNERSHIP | 500.00 | 500.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 23. MARSHMALLOW PROPERTIES, LLC | 400.00 | 0.00 | | 208.95 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-11979   SH   Judge: SARAH A. HALL | |
| Case Name: | GIULIANO, DONALD J | |
| | GIULIANO, NICOLE L | |

| | |
|---|---|
| Trustee Name: | John Mashburn |
| Date Filed (f) or Converted (c): | 05/15/19 (f) |
| 341(a) Meeting Date: | 06/12/19 |
| Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 100% OWNERSHIP | | | | | |
| 24. ARCUS INVESTMENTS LLC | 500.00 | 500.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 25. ARCUS INVESTMENTS, LLC | 600.00 | 600.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 26. ATMO SOLUTIONS LLC | 300.00 | 300.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 27. LAVENDAR FROST LLC | 200.00 | 200.00 | | 0.00 | FA |
| 100% OWNERSHIP | | | | | |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 28. IRA-EQUITY TRUST | 50,000.00 | 50,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |
| 29. IRS-EQUITY TRUST | 40,000.00 | 40,000.00 | | 0.00 | FA |
| Asset determined to have no value after investigation of liens and exemptions. | | | | | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 22.02h

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   5

Exhibit 8

| Case No: | 19-11979   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | Date Filed (f) or Converted (c): | 05/15/19 (f) |
| | GIULIANO, NICOLE L | 341(a) Meeting Date: | 06/12/19 |
| | | Claims Bar Date: | 10/15/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30. TAX REFUND (u) | 0.00 | 11,784.11 | | 11,784.11 | FA |
| 31. Insurance refund (u) | 0.00 | 0.00 | | 3,847.88 | FA |
| 32. ESCROW REFUND (u) | Unknown | 0.00 | | 65.96 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,136,033.81 | $1,147,417.92 | | $15,906.90 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/13/19 Meeting of creditors held FILED.  Pusuing tax refund

6/17/19 Motion to hire Atty & Forms 1&2 FILED

6/26/19 Requested state tax forms to see if total tax refund and tax pmt are correct.

7/2/19 Order on App to hire Atty FILED

7/16/19 Req to file claims FILED

9/3/19 A check that was sent for deposit to the Bank of Vinita on 8/13 has not posted and Bank of Vinita says they have

not received it. I checked tracking on UPS and it shows it was picked up on 8/13 at 6:42 pm and has no other

information. UPS was contacted about lost check.

9/10/19 Spoke with Bank of Vinita and they were told by UPS the check was damaged. Bank of Vinita told us to request a

new check.

9/12/19 A request for a new check was made today

10/18/19 Interim report FILED

10/31/19 No replacement check has been received as of today

12/6/19 Trustee still trying to get insurance company to send the replacement check that was destroyed in shipping (UPS)

3/11/2020 Atty Fee App and Notice FILED. Notice mailed to matrix

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    6

Exhibit 8

| | |
|---|---|
| Case No:       19-11979      SH   Judge: SARAH A. HALL | Trustee Name:                      John Mashburn |
| Case Name:    GIULIANO, DONALD J | Date Filed (f) or Converted (c):    05/15/19 (f) |
| GIULIANO, NICOLE L | 341(a) Meeting Date:              06/12/19 |
| | Claims Bar Date:                   10/15/19 |

4/3/2020 Order on Atty Fee App FILED

6/2/2020 Preparing TFR for Trustee review

7/28/2020 TFR to UST for review

9/23/2020 TFR FILED by UST.  NFR, Cert of service and Trustee Fee App FILED. Notice mailed to matrix.

10/20/2020 Order on Trustee Fees FILED

12/23/2020 Holding for zero bank statement then TDR One outstanding check as of today

12/29/2020 Emailed Doug Jacobson regarding check to SRS Distribution check that as of today has not posted to the bank as being cashed.

1/22/2021 Emailed Doug Jacobson again regarding SRS Distribution check. If no reply I will stop pmt and reissue. I also asked for a verification of the address.

3/1/2021 Never recievd an email back so stop pmt was done.

3/3/2021 Trying to make contact with someone about check. May have to send to BKC as unclaimed funds

3/23/2021 Finally able to talk to someone at SRS Distribution and they will look up case and let me know where to send check when it is reissued.  I will wait for them to get back with me.

3/29/2021 Got a call from SRS Distribution and was given the correct address to send the check to. Will reissue.

3/30/2021 Check reissued.


Initial Projected Date of Final Report (TFR): 06/12/20          Current Projected Date of Final Report (TFR): 12/20/20

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 19-11979 -SH | |
| Case Name: | GIULIANO, DONALD J | |
| | GIULIANO, NICOLE L | |
| Taxpayer ID No: | *******0151 | |
| For Period Ending: | 05/03/21 | |

| | |
|---|---|
| Trustee Name: | John Mashburn |
| Bank Name: | First National Bank of Vinita |
| Account Number / CD #: | *******3783  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  7,478,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/19 | 23 | Spearhead Realty Group, LLC<br>5830 NW Expressway Suite 259<br>Oklahoma City, OK 73132 | 708 bent tree<br>Check #VV034 $45.00 | 1123-000 | 45.00 | | 45.00 |
| 06/17/19 | 23 | Spearhead Realty Group, LLC<br>5830 NW Expressway Suite 259<br>Oklahoma City, OK 73132 | 708 bent tree commission<br>Check # VV033 $90.00 | 1123-000 | 90.00 | | 135.00 |
| 06/17/19 | 23 | Republic Bank & Trust<br>PO Box 5369<br>Norman, OK 73070 | excess payoff ln75038966<br>Check # 294529 $73.95 | 1123-000 | 73.95 | | 208.95 |
| 06/27/19 | 30 | Donald Giuliano<br>16908 Triana Dr<br>Oklahoma City, OK 73170 | tax refund<br>check #1100 $11,784.11 | 1224-000 | 11,784.11 | | 11,993.06 |
| 07/08/19 | 31 | Compsource Mutual Insurance Co<br>BancFirst<br>PO Box 26788<br>Oklahoma City, OK 73126 | Refund<br>Compsource Mutal check #10574805 $158.00 Acct #2894841018 | 1229-000 | 158.00 | | 12,151.06 |
| 07/08/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 12,141.06 |
| 07/29/19 | 32 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA  50306-0335 | escrow refund<br>Check #9023525556 $65.96 | 1229-000 | 65.96 | | 12,207.02 |
| 08/05/19 | 31 | Lighship Insurance Truste Account<br>1650 N. Franklin Street<br>Denver, CO 80218 | Refund<br>Check #23198  $633.68 | 1229-000 | 633.68 | | 12,840.70 |
| 08/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 12.85 | 12,827.85 |
| * 08/13/19 | 31 | Cobar Roofing LLC<br>DBA Cobar Roofing & Construction<br>3334 W Main Street<br>Norman, OK 73072 | Refund<br>Check #10585778 $709.20 | 1229-003 | 709.20 | | 13,537.05 |
| 08/19/19 | 31 | American Mercury Insurance Company | Refund | 1229-000 | 2,335.00 | | 15,872.05 |

Page Subtotals      15,894.90      22.85

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-11979  -SH | Trustee Name: | John Mashburn |
| Case Name: | GIULIANO, DONALD J | Bank Name: | First National Bank of Vinita |
| | GIULIANO, NICOLE L | Account Number / CD #: | *******3783  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0151 | | |
| For Period Ending: | 05/03/21 | Blanket Bond (per case limit): | $  7,478,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1700 Greenbriar Lane | Check #8360001180 $2,335.00 | | | | |
| | | Brea, CA 92821 | | | | | |
| 09/09/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 14.47 | 15,857.58 |
| 09/12/19 | 31 | Traveler Property Casualty CL Agency | Refund | 1229-000 | 12.00 | | 15,869.58 |
| | | Citibank | Check #0017449957  $12.00 | | | | |
| | | New Castle DE 19720 | | | | | |
| 10/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 15.57 | 15,854.01 |
| 11/07/19 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 16.08 | 15,837.93 |
| * 11/22/19 | 31 | Cobar Roofing LLC | Refund | 1229-003 | -709.20 | | 15,128.73 |
| | | DBA Cobar Roofing & Construction | | | | | |
| | | 3334 W Main Street | | | | | |
| | | Norman, OK 73072 | | | | | |
| 11/22/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 15,128.73 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 15,197.70 | 15,197.70 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 15,128.73 | |
| Subtotal | | 15,197.70 | 68.97 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,197.70 | 68.97 | |

Page Subtotals          -697.20          15,174.85

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-11979 -SH |
| Case Name: | GIULIANO, DONALD J |
| | GIULIANO, NICOLE L |
| Taxpayer ID No: | *******0151 |
| For Period Ending: | 05/03/21 |

| Trustee Name: | John Mashburn |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0239  Checking Account |
| Blanket Bond (per case limit): | $  7,478,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/22/19 | | Trsf In From First National Bank of | INITIAL WIRE TRANSFER IN | 9999-000 | 15,128.73 | | 15,128.73 |
| 01/14/20 | 31 | Cobar Roofing LLC | Refund of Auction Funds received | 1229-000 | 709.20 | | 15,837.93 |
| | | 3334 W Main St | check #10626251  $709.20 | | | | |
| | | Norman, OK  73072 | | | | | |
| 04/06/20 | 200001 | JOHN MASHBURN | Atty for Trustee Fees per Order | 3110-000 | | 1,357.00 | 14,480.93 |
| | | 1616 E. 19th Street | of the Court 4/3/2020 | | | | |
| | | Suite 301 | | | | | |
| | | Edmond, OK 73013 | | | | | |
| 06/10/20 | 200002 | INTERNATIONAL SURETIES, LTD. | Bond Payment Bond # 016018042 | 2300-000 | | 14.60 | 14,466.33 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 10/21/20 | 200003 | JOHN MASHBURN | Chapter 7 Compensation/Fees | 2100-000 | | 2,340.69 | 12,125.64 |
| | | 1616 E. 19th Street | | | | | |
| | | Suite 301 | | | | | |
| | | Edmond, OK 73013 | | | | | |
| 10/21/20 | 200004 | JOHN MASHBURN | Chapter 7 Expenses | 2200-000 | | 40.70 | 12,084.94 |
| | | 1616 E. 19th Street | | | | | |
| | | Suite 301 | | | | | |
| | | Edmond, OK 73013 | | | | | |
| * 10/21/20 | 200005 | SRS Distribution | Claim 000001, Payment 8% | 7100-004 | | 3,494.50 | 8,590.44 |
| | | 5900 S Lake Forest Drive, Ste 400 | | | | | |
| | | McKinney, TX 75070 | | | | | |
| 10/21/20 | 200006 | JPMorgan Chase Bank, N.A. | Claim 000002, Payment 8% | 7100-000 | | 1,067.44 | 7,523.00 |
| | | PO Box 15368 | | | | | |
| | | Wilmington, DE 19850 | | | | | |
| 10/21/20 | 200007 | JPMorgan Chase Bank, N.A. | Claim 000003, Payment 8% | 7100-000 | | 761.34 | 6,761.66 |
| | | PO Box 15368 | | | | | |
| | | Wilmington, DE  19850 | | | | | |

Page Subtotals          15,837.93          9,076.27

Ver: 22.02h

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 19-11979  -SH | | | | | |
|---|---|---|---|---|---|---|
| Case Name: | GIULIANO, DONALD J | | | | | |
| | GIULIANO, NICOLE L | | | | | |
| Taxpayer ID No: | *******0151 | | | | | |
| For Period Ending: | 05/03/21 | | | | | |

| Trustee Name: | John Mashburn |
|---|---|
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0239  Checking Account |
| Blanket Bond (per case limit): | $  7,478,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/21/20 | 200008 | JPMorgan Chase Bank, N.A. PO Box 15368 Wilmington, DE  19850 | Claim 000004, Payment 8% | 7100-000 | | 1,394.69 | 5,366.97 |
| | 10/21/20 | 200009 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000005, Payment 8% | 7100-000 | | 425.87 | 4,941.10 |
| | 10/21/20 | 200010 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000006, Payment 8% | 7100-000 | | 2,036.38 | 2,904.72 |
| | 10/21/20 | 200011 | ABC Supply Company c/o CST Co. PO Box 33127 Louisville, KY 40232-3127 | Claim 000007, Payment 8% | 7100-000 | | 648.94 | 2,255.78 |
| | 10/21/20 | 200012 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk VA 23541 | Claim 000008, Payment 8% | 7100-000 | | 2,255.78 | 0.00 |
| * | 03/01/21 | 200005 | SRS Distribution 5900 S Lake Forest Drive, Ste 400 McKinney, TX 75070 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -3,494.50 | 3,494.50 |
| | 03/30/21 | 200013 | SRS Distribution 7440 State Hwy 121 McKinney, TX 75070 | Claim 000001, Payment 8% Check reissued | 7100-000 | | 3,494.50 | 0.00 |

| | Page Subtotals | 0.00 | 6,761.66 |
|---|---|---|---|

Ver: 22.02h

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

Case No:          19-11979  -SH
Case Name:      GIULIANO, DONALD J
                       GIULIANO, NICOLE L
Taxpayer ID No:  *******0151
For Period Ending:  05/03/21

Trustee Name:          John Mashburn
Bank Name:             Axos Bank
Account Number / CD #:    *******0239  Checking Account

Blanket Bond (per case limit):  $  7,478,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,837.93 | 15,837.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 15,128.73 | 0.00 | |
| | | | Subtotal | | 709.20 | 15,837.93 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 709.20 | 15,837.93 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******3783 | 15,197.70 | 68.97 | 0.00 |
| Checking Account - *******0239 | 709.20 | 15,837.93 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,906.90 | 15,906.90 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals              0.00              0.00

Ver: 22.02h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*